UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) CRIMINAL No. 15-10324-DPW |
| V. | ) |
| | ) |
| W. CARL REICHEL, | ) |
| Defendant. | ) |

## VERDICT

1. **COUNT ONE** – Conspiracy to Violate the Anti-Kickback Statute (18 U.S.C. § 371)

With respect to Count One of the Indictment, we, the jury, find the defendant W. Carl Reichel:

(ANSWER "NOT GUILTY" OR "GUILTY")     __NOT GUILTY__

6/17/2016
DATE

_____
FOREPERSON
SHAWN SWALLOW