AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ MASSACHUSETTS _____

UNITED STATES OF AMERICA

V.

W. CARL REICHEL

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 15cr10324-DPW

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

DOUGLAS P. WOODLOCK | U.S. District Judge
Name of Judge | Title of Judge

6/17/2016
Date